UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACUHEALTH DISTRIBUTION, INC.,

                                                    Case No. 2:19-cv-13322-SFC-EAS

                    Plaintiff,

v.                                                  HONORABLE SEAN F. COX
                                                    UNITED STATES DISTRICT JUDGE

RAQUEL DAVIS,

                    Defendant.
_____/

RAQUEL DAVIS,

                                                    Case No. 2: 20-cv-11430-SFC-EAS

                    Plaintiff,

v.                                                  HONORABLE SEAN F. COX
                                                    UNITED STATES DISTRICT JUDGE

MACUHEALTH DISTRIBUTION, INC.,
AND FREDERIC JOUHET,

                    Defendants.
_____/.

## ORDER OF CONSOLIDATION

To promote convenience and judicial economy, to avoid unnecessary costs and delay, and

pursuant to the stipulation of the parties, the Court orders the consolidation of separate cases

pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending
> before this Court, It may order a joint hearing or trial of any or all the
> matters in issue in the actions; it may order all of the actions consolidated;
> and it may make such orders concerning proceedings therein as may tend
> to avoid unnecessary costs or delay.

**IT IS THEREFORE ORDERED** that the following case 19-13322 is consolidated with civil number 20-11430 for all purposes, including trial.

**IT IS FURTHER ORDERED** that **all subsequent papers filed after the date of this order shall be entered on civil number 19-13322**.

**IT IS FURTHER ORDERED** that civil number 20-11430 is hereby closed for administrative purposes.

Dated: July 30, 2020                        s/Sean F. Cox
                                                   Sean F. Cox
                                                     U. S. District Judge